IN THE SUPREME COURT OF THE STATE OF NEVADA

ASA JAVON BROWN,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80669

FILED

MAR 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

          This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

          This court's review of this appeal reveals a jurisdictional defect. The documents before this court indicate that a petition has not been filed in district court case number C-16-319881, the case number designated in this notice of appeal. Thus, this appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). In addition, it does not appear from the district court docket and minute

SUPREME COURT
OF
NEVADA

(O) 1947A

20-11134

entries that the district court has entered any appealable order. Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.        _____, J.
Hardesty                                          Cadish

cc:     Hon. Douglas W. Herndon, District Judge
        Asa Javon Brown
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

_____

[1]It appears that a postconviction petition for a writ of habeas corpus was orally denied on February 26, 2020, in related district court case number A-19-807401-W. Appellant may file an appeal in that district court case number after a written judgment or order is filed.